IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| COREY BOWERS, | § | |
| | § | No. 350, 2017 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: |
| v. | § | Superior Court of the |
| | § | State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | |
| | § | Cr. I.D. No. 1204010456 (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 14, 2018
Decided: February 15, 2018

Before **VALIHURA**, **VAUGHN,** and **TRAYNOR**, Justices.

# **O R D E R**

This 15th day of February 2018, the Court, having considered the matter on the briefs of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Order of July 31, 2017.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice